## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: North Coast Tool, Inc.  
              Debtor(s)

CHAPTER 11

BKY. NO. 17-10342 TPA

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of JPMORGAN CHASE BANK, N.A. and index same on the master mailing list.

      Respectfully submitted,

      **/s/ James C. Warmbrodt, Esquire**  
      James C. Warmbrodt, Esquire  
      jwarmbrodt@kmllawgroup.com  
      Attorney I.D. No. 42524  
      KML Law Group, P.C.  
      701 Market Street, Suite 5000  
      Philadelphia, PA 19106  
      Phone: (215)-627-1322

      Attorney for Movant/Applicant