

November 15, 2017

**Writer's Contact:**
(320) 258-4880
springn@stearnsbank.com

Clerk of the Bankruptcy Court
Western District of Pennsylvania
U.S. Bankruptcy Court
17 South Park Row, Room B160
Erie, PA 16501

Re:  Debtor: **North Coast Tool, Inc.**
      Case No.: **17-10342**

Clerk of the Court,

Enclosed please a Notice of Appearance and Request for Service on behalf of Creditor Stearns Bank N.A. to be filed connection with the above-referenced Bankruptcy Case.

Sincerely,

**Stearns Bank N.A.**


/s/ Spring Nelson


Spring Nelson
Assistant Vice President



SN:tmt
Enclosures



cc:  Pam Loehr (w/encls)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

**NORTH COAST TOOL, INC.**                **CASE NO.: 17-10342**
                                          **Chapter 11**

      **Debtor.**

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

      Please take notice that the undersigned enters an appearance in this case as the authorized representative of **Stearns Bank N.A.**  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

      Pam Loehr
      Collection Specialist
      Stearns Bank Equipment Finance Division
      500 13th Street
      P.O. Box 750
      Albany, MN  56307


      /s/ Spring Nelson
      Spring Nelson
      Assistant Vice President
      Stearns Bank N.A.
      4191 2nd Street South
      St. Cloud, MN  56301
      Telephone: (320) 258-4880
      Facsimile: (320) 258-4815
      springn@stearnsbank.com

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

**NORTH COAST TOOL, INC.**  **CASE NO.: 17-10342**
**Chapter 11**

**Debtor.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT** a true and correct copy of the foregoing Notice of Appearance and Request for Notice was furnished to the persons listed on the attached **EXHIBIT A** this 15th day of November, 2017.

/s/ Teresa Mason-Tierney
Teresa E. Mason-Tierney
Legal Services Assistant

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

NORTH COAST TOOL, INC.　　　　　　CASE NO.: 17-10342
　　　　　　　　　　　　　　　　　　Chapter 11

　　　　Debtor.

## CERTIFICATE OF SERVICE
### Exhibit A
### Page 1 of 2

| | | |
|---|---|---|
| North Coast Tool, Inc.<br>9843 Martin Avenue<br>Lake City, PA 16423 | **Represented By:** | Daniel P. Foster, Esq.<br>Foster Law Offices<br>PO Box 966<br>Meadville, PA 16335 |
| Northwest Bank<br>f/k/a Northwest Savings Bank<br>100 Liberty Street<br>Warren, PA 16365 | **Represented By:** | Mark G. Claypool, Esq.<br>120 West Tenth Street<br>Erie, PA 16501-6498 |
| Beaver Steel Services<br>1200 Arch Street<br>Carnegie, PA 15106 | **Represented By:** | Justin M. Tuskan<br>Metz Lewis Brodman Must O'Keefe LLC<br>535 Smithfield Street, Suite 800<br>Pittsburgh, PA 15222 |
| Ford Motor Credit Company LLC<br>c/o Keri P. Ebeck, Esq.<br>Weltman, Weinberg & Reis, LPA<br>436 Seventh Avenue, Suite 2500<br>Pittsburgh, PA 15219 | | CSU - OUCTS, PA Labor & Industry<br>PA Department of Labor and Industry<br>Office of Unemployment Compensation<br>651 Boas Street, Room 702<br>Harrisburg, PA 17121 |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

NORTH COAST TOOL, INC.  CASE NO.: 17-10342
Chapter 11

Debtor.

## CERTIFICATE OF SERVICE
Exhibit A
Page 2 of 2

JPMORGAN CHASE BANK, N.A.
c/o James Warmbrodt, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Merchant Cash & Capital, LLC
c/o Anthony F Giuliano, Esq.
Pryor & Mandelup, L.L.P.
675 Old Country Road
Westbury, NY 11590

Whipple-Allen Realty
c/o Nicholas R. Pagliari, Esq.
MacDonald, Illig, Jones & Britton LLP
100 State Street, Suite 700
Erie, PA 16507-1459

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Heather A. Sprague, Esq.
on Behalf of the United States Trustee
Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Joseph S. Sisca, Esq.
United States Trustee
Suite 960, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222