**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **North Coast Tool, Incorporated,** | : | **Case No. 17-10342-TPA** |
| **Debtor,** | : | |
| | : | **Chapter 11** |
| **North Coast Tool, Incorporated,** | : | |
| **Movant,** | : | **Related to Document No. 127** |
| | : | |
| **vs** | : | **Hearing Date: January 5, 2018** |
| | : | **Heating Time: 9:30 A.M.** |
| **No Respondent.** | : | |

**NOTICE OF HEARING ON**
**MOTION TO EXTEND TIME TO FILE THE DISCLOSURE STATEMENT AND CHAPTER 11 PLAN**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **December 21, 2017** according to Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **January 5, 2018 at 9:30 A.M.** before Judge THOMAS P. AGRESTI, in Bankruptcy Courtroom, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Mailing or other service: **December 4, 2017**

Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
PO Box 966
Meadville, PA 16335
Phone: 814-724-1165

## CERTIFICATE OF SERVICE

I, Kathryn Schwartz, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *MOTION TO EXTEND TIME TO FILE THE DISCLOSURE STATEMENT AND CHAPTER 11 PLAN AND THE NOTICE OF HEARING ON MOTION TO EXTEND TIME TO FILE THE DISCLOSURE STATEMENT AND CHAPTER 11 PLAN* by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **December 4, 2017**          By:          /s/ *Kathryn M. Schwartz*

Kathryn M. Schwartz
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel 814-724-1165
Fax 814-724-1158

Label Matrix for local noticing
0315-1
Case 17-10342-TPA
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Mon Dec  4 13:58:53 EST 2017

Beaver Steel Services
1200 Arch Street
Carnegie, PA 15106-1824

CSU - OUCTS, PA Labor & Industry
PA Department of Labor and Industry
Office of Unemployment Compensation
651 Boas Street, Room 702
Harrisburg, PA 17121-0751

Internal Revenue Service
Special Procedures Division
P.O. Box 628
Bankruptcy Section
Pittsburgh, PA 15230

North Coast Tool, Inc.
9843 Martin Avenue
Lake City, PA 16423-1526

Northwest Bank f/k/a Northwest Savings Bank
100 Liberty Street
Warren, PA 16365-2411

Northwest Savings Bank
100 Liberty Avenue
Drawer 128
Warren, PA 16365-0128

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Stearns Bank N.A.
4191 2nd Street South
St. Cloud, MN 56301-3761

1
U.S. Bankruptcy Court
U.S. Courthouse, Room B160
17 South Park Row
Erie, PA 16501-1169

Advanced Control Products
4665 Interstate Drive
Cincinnati, OH 45246-1109

American Express
PO Box 1270
Newark, NJ 07101-1270

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

American Tinning & Galvanizing Company
552 West 12th Street
Erie, PA 16501-1585

Biz Finance
460 Park Avenue South
6th Floor
New York, NY 10016-7315

Briggs-Hagenlocher
1110 Chestnut Street
Erie, PA 16501-1784

Bryan L. Spry, Esquire
510 Cranberry Street
Suite 301
Erie, PA 16507-1077

COMMONWEALTH OF PA  UCTS
DEPARTMENT OF LABOR AND INDUSTRY
COLLECTIONS SUPPORT UNIT
651 BOAS STREET, ROOM 702
HARRISBURG, PA 17121-0751

Cindy Healy
6111 Spires Drive
Erie, PA 16509-3461

Contine Corporation
1820 Nagle Road
Erie, PA 16510-2194

Dale Rapela
5207 LaRae Drive
Erie, PA 16506-5293

Dennis Smith Logging Company
5033 Sir Lancelot Drive
Erie, PA 16506-3932

Direct Metals
3775 Cobb International Boulevard
Kennesaw, GA 30152-4390

Diversified Manufacturing Systems
421 West 12th Street
Erie, PA 16501-1559

Dominic A. Sissini, Esquire
100 State Street
Suite 700
Erie, PA 16507-1459

Eric J. Rapela
936 West 36th Street
Erie, PA 16508-2514

Erie Water Works
340 W Bay Front Parkway
Erie, PA 16507-2004

Financial Pacific Leasing, Inc.
3455 S. 344th Way, Ste. 300
Federal Way, WA 98001-9546

Financial Pacific Leasing, LLC
PO Box 34935
Department 1
Seattle, WA 98124

Financial Pacific Leasing, LLC
PO Box 4568
Auburn, WA 98063-4568

Ford Motor Credit
PO Box 220564
Pittsburgh, PA 15257-2564

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Frontier Lumber
762 East 5th Street
Erie, PA 16507-1728


Graydon, Head & Ritchey, LLP
7759 University Drive
Suite A
West Chester, OH 45069-6578

Harbor Freight
3508 Liberty Street
Erie, PA 16508-2534

Herbol Insurance Agency Inc.
T/A Wagner Giblin Insurance
c/o Thomas J. Giblin, President
3928 Avonia Road, P.O. Box 280
Fairview, PA 16415-0280


Hourglass Abrasives, Incorporated
6399 East Molloy Road
Suite D
East Syracuse, NY 13057-1178

Huston Industrial Sales
35 Pennwood Place
Warrendale, PA 15086-7510

Industrial Sales & Manufacturing
2609 West 12th Street
Erie, PA 16505-4343


Industrial Sales & Manufacturing, Inc.
James Rutkowski, Jr., General Manager
2609 West 12th Street
Erie, PA 16505-4343

Internal Revenue Service
c/o Insolvency Unit
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
National Bankruptcy Department
P.O. Box 29505 AZ1-1191
Phoenix, AZ 85038-9505


Janitors Supply Co. Inc.
540 E. 2nd St.
Erie, PA 16507-1702

Jordan Felzer, Esquire
PO Box 2163
Southeastern, PA 19399-2163

Justin M. Tuskon, Esquire
535 Smithfield Street
8th Floor
Pittsburgh, PA 15222-2393


KML Industrial Supply, Incorporated
PO Box 8445
Erie, PA 16505-0445

Kelly Services
PO Box 820405
Philadelphia, PA 19182-0405

Koldrock
PO Box 248
Edinboro, PA 16412-0248


Kurt Federoff
3855 Route 215 Lot 18 East
East Springfield, PA 16411-8530

Laser Engraving
1308 Irwin Drive
Erie, PA 16505-4838

Lemac Packaging
PO Box 10788
Erie, PA 16514-0788


Lenny's Machine Company
PO Box 107
Fairview, PA 16415-0107

Linda Dirienzo
602 Wedgewood Drive
Erie, PA 16505-1150

Lindsey Rapela
5430 Swanville Road
Apartment 14
Erie, PA 16506-1254


Mazda Capital Services
PO Box 78074
Phoenix, AZ 85062-8074

McMaster Carr
200 Aurora Industrial Parkway
Aurora, IL 44202-8090

McShane Welding Company
12 Port Access Road
Erie, PA 16507-2297


(p)MERCEDES BENZ FINANCIAL SERVICES
13650 HERITAGE PARKWAY
FORT WORTH TX 76177-5323

Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Merchant Cash & Capital, LLC
c/o Pryor & Mandelup, LLP
c/o Anthony Giuliano
675 Old Country Road
Westbury, NY 11590-4513

Michael T. Moore, CPA
3255 West 26th Street
Erie, PA 16506-2507

Murphy and Nolan, Incorporated
55 Industrial Park Circle
Rochester, NY 14624-2493

National Fuel
6363 Main Street
Buffalo, NY 14221-5887

National Fuel
Attn: Legal Dept.
P.O. Box 2081
Erie, PA 16512-2081

Niagara Manufacturing Company
2725 West 17th Street
Erie, PA 16505-4307

Northwest Bank
c/o Angela Abreu
100 Liberty Street
P.O. Box 128
Warren, PA 16365-0128

Northwest Savings Bank
Attn: Colleen Lamberto
Po Box 337
Warren, PA 16365-0337

Northwest Savings Bank
c/o Angela Abreu
PO Box 128
Warren, PA 16365-0128

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Omni Services
12 East Worcester Street
Worcester, MA 01604-3612

Omni Services, Inc.
c/o Paul M. Schofield, Jr., LLC
850 West Chester Pike, #205
Havertown, PA 19083-4411

PA Department of Labor & Industry
Attn: Joe Kots
625 Cherry Street
Room 203
Reading, PA 19602-1152

PA Department of Revenue
Department 280946
PO Box 280946
Attn: Bankruptcy
Harrisburg, PA 17128-0946

Paris Uniform
67 Hoover Avenue
Du Bois, PA 15801-2403

Pat Ziemniak
6111 Spires Drive
Erie, PA 16509-3461

Penelec
PO Box 16001
Reading, PA 19612-6001

Pennsylvania Department of Revenue
Bankruptcy Division  PO Box 280946
Harrisburg PA  17128-0946

Pressure Connections
610 Claycraft Road
Columbus, OH 43230-5328

Spectrum Business
1600 Dublin Road
Columbus, OH 43215-1076

Stearns Bank
500 13th Street
Albany, MN 56307-6401

Sterns Bank-EFD
PO Box 750
Albany, MN 56307-0750

T.J. Kourier
4502 Stillwater Circle
Erie, PA 16506-3746

Terrence P. Amon
1326 West 42nd Street
Erie, PA 16509-1202

Time Warner Cable
ATTN: Bankruptcy Department
7815 Crescent Executive Dr., 4th Floor
Charlotte, NC 28217-5500

Tonnard Manufacturing Corporation
PO Box 168
Corry, PA 16407-0168

Vendetti & Vendetti Law Firm
c/o James J. Bruno
3820 Liberty Street
Erie, PA 16509-1473

Wagner Giblin Insurance
PO Box 280
Fairview, PA 16415-0280

Welders Supply
1628 Cascade Street
Erie, PA 16502-1595

Wells Fargo Financial Leasing, Inc.
MAC N0005-055
800 Walnut St
Des Moines, IA 50309-3605

West End Hardware, LLC
1912 Liberty Street
Erie, PA 16502-2572

Whipple-Allen Real Estate
5121 Zuck Road
Erie, PA 16506-4950

Whipple-Allen Realty Co.
c/o Scott Allen, President
1625 Lowell Avenue
Erie, PA 16505-4339

ZSI Incorporated
45065 Michigan Avenue
Canton, MI 48188-2441


Daniel P. Foster
Foster Law Offices
PO Box 966
Meadville, PA 16335-6966

Michael T Moore
3255 West 26th Street
Erie, PA 16506-2507


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Ford Motor Credit Company LLC
PO Box 62180
Colorado Springs, CO 80962

Mercedes Benz Financial
36455 Corporate Drive
Farmington, MI 48332


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Ford Motor Credit Company LLC

(u)JPMORGAN CHASE BANK, N.A.

(u)Merchant Cash & Capital, LLC


(u)Mike Peterson Auction & Realty Services

(u)Whipple-Allen Realty

(d)Beaver Steel Services, Incorporated
1200 Arch Street
Carnegie, PA 15106-1824


End of Label Matrix
Mailable recipients    94
Bypassed recipients     6
Total               100