FILED
12/13/17 3:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-10342-TPA |
| North Coast Tool, Inc. | : | Chapter: | 11 |
| *Debtor(s).* | : | | |
| | : | Date: | 12/7/2017 |
| | : | Time: | 11:00 |

**PROCEEDING MEMO**

*MATTER:*   #13 Cont. Expedited Motion to Use Cash Collateral

*APPEARANCES:*
  Debtor:   Ronald Cook
  NWSB:    Mark Claypool
  IRS:        Jill Locnikar

*NOTES:*

Cook:       Mr. Claypool requested we have a continued date.

Claypool:   Debtor has not been making adequate protection payments. Did get a payment right before the hearing, but there is still some concern.

Cook:       True that the Debtor is struggling. Feasibility issues.

*OUTCOME:*   Cont. to February 15, 2018 at 11:00 AM. TO to be entered.

ljm