**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| North Coast Tool, Incorporated, | : | Case No. 17-10342-TPA |
| *Debtor*, | : | |
| | : | Chapter 11 |
| North Coast Tool, Incorporated, | : | |
| *Movant*, | : | Related to Document No. 129 |
| | : | |
| vs | : | |
| | : | |
| Heather A. Sprague, | : | |
| Esquire, On behalf of the | : | |
| United States Trustee, | : | |
| *Respondent* | : | |

# CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *Order on Motion to Extend Deadline to File the Disclosure Statement and Chapter 11 Plan* via US Mail.

Executed on: December 26, 2017

By: /s/ Kathryn Schwartz
KATHRYN SCHWARTZ, PARALEGAL
FOSTER LAW OFFICES, LLC
Po Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

_____
*Parties served by the court electronically were not served by regular mail

# MATRIX

Northwest Bank
c/o Angela Abreu
PO Box 128
Warren, PA 16365

Biz Finance
460 Park Avenue South
6th Floor
New York, NY 10016-7315

Heather Sprague, on behalf of the
United States Trustee
Heather.Sprague@usdoj.gov

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Attorney Jill Locknikar
jill.locnikar@usdoj.gov

PA Department of Labor and Industry
jeirvin@pa.gov

PA Department of Revenue
redmundson@attorneygeneral.gov

Knox McLaughlin Gornall & Sennett Law Firm
mclaypool@kmgslaw.com

Internal Revenue Service
sandra.m.bence@irs.gov

North Coast Tool, Incorporated
c/o Dale Rapela
drapela@northcoasttoolinc.com

Weltman, Weinberg & Reis Co., LPA
c/o Keri P. Ebeck, Esquire
kebeck@weltman.com

Merchant Cash & Capital, LLC
c/o Pryor & Mandelup, LLP
afg@pryormandelup.com

Justin M. Tuskan, Esquire
jtuskan@metzlewis.com

Michael T. Moore, CPA
mmoore@mtmcpafirm.com

Stearns Bank
pamlo@stearnsbank.com

ZSI Incorporated
45065 Michigan Avenue
Canton, MI 48188-2441

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

American Express
PO Box 1270
Newark, NJ 07101-1270

Bryan L. Spry, Esquire
bspry@nwpalawyers.com

Mercedes Benz Financial Services
13650 Heritage Parkway
Fort Worth, TX 76177-5323

Mazda Capital Services
PO Box 78074
Phoenix, AZ 85062-8074

Laser Engraving
1308 Irwin Drive
Erie, PA 16505-4838

Linda Dirienzo
602 Wedgewood Drive
Erie, PA 16505-1150

McMaster Carr
200 Aurora Industrial Parkway
Aurora, IL 44202-8090

Murphy and Nolan, Incorporated
55 Industrial Park Circle
Rochester, NY 14624-2493

National Fuel Legal Department
Fax: 814-871-8061

Terrance P. Amon
1326 West 42nd Street
Erie, PA 16509-1202

Penelec
Fax: 732-450-5588

Paris Uniform
67 Hoover Avenue
Du Bois, PA 15801-2403

Omni Services, Inc.
c/o Paul M. Schofield, Jr., LLC
850 West Chester Pike, #205
Havertown, PA 19083-4411

Wells Fargo Financial Leasing, Inc.
MAC N005-55
800 Walnut Street
Des Moines, IA 50309-3605

Beaver Steel Services
1200 Arch Street
Carnegie, PA 15106-1824

Briggs-Halenlocher
1110 Chestnut Street
Erie, PA 16501-1784

Cindy Healy
6111 Spires Drive
Erie, PA 16509-3461

Dennis Smith Logging Company
5033 Sir Lancelot Drive
Erie, PA 16506-3932

Dominic A. Sissini, Esquire
100 State Street
Suite 700
Erie, PA 16507-1459

Financial Pacific Leasing, Incorporated
3455 S. 344th Way, Suite 300
Federal Way, WA 98001-9546

Diversified Manufacturing Systems
421 West 12th Street
Erie, PA 16501-1559

Erie Water Works
340 West Bay Front Parkway
Erie, PA 16507-2004

Financial Pacific Leasing, LLC
PO Box 4568
Auburn, WA 98063-4568

Financial Pacific Leasing, LLC
PO Box 34935 – Department 1
Seattle, WA 98124

Advanced Control Products
4665 Insterstate Drive
Cincinnati, OH 45246-1109

Tinning & Galvanizing Company
552 West 12th Street
Erie, PA 16501-1585

Contine Corporation
1820 Nagle Road
Erie, PA 16510-2194

Direct Metals
3775 Cobb International Boulevard
Kennesaw, GA 30152-4390

Eric J. Rapela
936 West 36th Street
Erie, PA 16508-2514

Niagara Manufacturing Company
2725 West 17th Street
Erie, PA 16505-4307

Vendetti & Vendetti Law Firm
c/o James J. Bruno
3820 Liberty Street
Erie, PA 16509-1473

Whipple-Allen Realty Co.
c/o Scott Allen, President
1625 Lowell Avenue
Erie, PA 1605-4339

Pat Ziemiak
6111 Spires Drive
Erie, PA 16509-3461

Pressure Connections
610 Claycraft Road
Columbus, Ohio 43230-5328

Time Warner Cable
Attn: Bankruptcy Department
7815 Crescent Executive Drive
4th Floor
Charlotte, NC 28217-5500

Harbor Insurance Agency Incorporated
T/A Wagner Giblin Insurance
c/o Thomas J. Giblin, President
Fax: 814-474-3993

West End Hardware, LLC
1912 Liberty Street
Erie, PA 16502-2572

Omni Services
12 East Worcester Street
Worcester, MA 01604-3612

Spectrum Business
1600 Dublin Road
Columbus, Ohio 43215-1076

T.J. Kourier
4502 Stillwater Circle
Erie, PA 16506-3746

Tonnard Manufacturing Corporation
PO Box 168
Corry, PA 16407-0168

Welders Supply
1628 Cascade Street
Erie, PA 16502-1595

Kelly Services
PO Box 820405
Philadelphia, PA 19182-0405

Jordan Felzner, Esquire
PO Box 2163
Southeastern, PA 19399-2163

Lenny's Machine Company
PO Box 107
Fairview, PA 16415-0107

Kurt Federoff
3855 Route 215 – Lot 18 East
East Springfield, PA 16411-8530

Industrial Sales & Manufacturing, Inc.
c/o James Rutkowski, Jr. General Manager
2609 West 12th Street
Erie, PA 16505-4343

Hourglass Abrasives, Incorporated
6399 East Molloy Road – Suite D
East Syracuse, NY 13057-1178

Graydon, Head & Ritchey, LLP
7759 University Drive
West Chester, OH 45069-6578

Koldrock
Fax: 814-452-1808

KML Industrial Supply, Incorporated
PO Box 8445
Erie, PA 16505-0445

Janitors Supply Co. Incorporated
540 East 2nd Street
Erie, PA 16507-1702

Industrial Sales & Manufacturing
2609 West 12th Street
Erie, PA 16505-4343

Frontier Lumber
762 East 5th Street
Erie, PA 16507-1728

Ford Motor Credit Company
PO Box 62180
Colorado Springs, CO 80962

Harbor Freight
3508 Liberty Street
Erie, PA 16508-2534

Huston Industrial Sales
35 Pennwood Place
Warrendale, PA 15086-7510

Lemac Packaging
Fax Number: 814-455-6868

Lindsey Rapela
5430 Swanville Road
Apartment 14
Erie, PA 16506-1254

McShane Welding Company
12 Port Access Road
Erie, PA 16507-2297