**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **North Coast Tool, Incorporated,** : | | Case No. 17-10342-TPA |
| *Debtor*, : | | |
| : | | **Chapter 11** |
| **North Coast Tool, Incorporated,** : | | |
| *Movant*, : | | Document No. 138 |
| : | | |
| vs : | | |
| : | | |
| **Heather A. Sprague,** : | | |
| **Esquire, On behalf of the** : | | |
| **United States Trustee,** : | | |
| *Respondent* : | | |

**NOTICE THAT DEBTOR IS UNABLE TO FILE A DISCLOSURE STATEMENT AND PLAN OF REORGANIZATON WHICH IS DUE ON OR BEFORE JANUARY 29, 2018**

**AND NOW** comes the Debtor, **North Coast Tool, Incorporated**, by and through its attorney, Daniel P. Foster, Esquire and Foster Law Offices, files the within Notice That Debtor is Unable to File a Disclosure Statement and Plan of Reorganization Which is Due on or Before January 29, 2018 and in support of avers as follow:

1. The Debtor, **North Coast Tool, Incorporated**, is a business entity with a principal place of business located at 9843 Martin Avenue, Lake City, PA 16423.

2. On **April 5, 2017**, the Debtor filed a petition under Chapter 11 of the Bankruptcy Code at the above-referenced case number.

3. On **December 5, 2017**, at Document No. 129 the Court entered an Order which granted the Debtor until January 29, 2018 to file its Disclosure Statement and Plan of Reorganization.

4. Debtor has been unable to generate sufficient business income to enable it to file a feasible Plan of Reorganization.

5. The 300 day deadline for a Small Business Debtor to file a confirmable Plan of Reorganization expires on January 30, 2018 and therefore, Debtor is unable to request a further extension of time.

Wherefore, North Coast Tool, Inc. hereby notifies the Court that it is unable to comply with the Court's Order that requires the Debtor to file its Disclosure Statement and Plan of Reorganization on or before January 29, 2018.

Respectfully submitted,

Date: January 29, 2018 /s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor