Form 302

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**North Coast Tool, Inc.**
25−1605215
    Debtor(s)

Bankruptcy Case No.: 17−10342−TPA

Chapter: 11
Docket No.: 140 − 139

## **ORDER**

    **IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED.**

For failure to file a Plan within 300 days as required by 11 USC 1121(3).

    Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order*.

    Debtor(s) remain legally liable for all of their debts as if the bankruptcy petition had not been filed.

Dated: January 31, 2018

*Thomas P. Agresti, Judge*
United States Bankruptcy Court

cm: All Creditors and All Parties In Interest

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 17-10342-TPA
North Coast Tool, Inc.                                              Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-1          User: lmar                Page 1 of 3              Date Rcvd: Jan 31, 2018
                              Form ID: 302              Total Noticed: 88


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2018.
db            +North Coast Tool, Inc.,    9843 Martin Avenue,    Lake City, PA 16423-1526
aty           +Anthony F Giuliano,    Pryor & Mandelup, L.L.P.,    675 Old Country Road,
                Westbury, NY 11590-4513
acc           +Michael T Moore,    3255 West 26th Street,    Erie, PA 16506-2507
cr            +Northwest Bank f/k/a Northwest Savings Bank,    100 Liberty Street,    Warren, PA 16365-2411
cr            +Northwest Savings Bank,    100 Liberty Avenue,    Drawer 128,    Warren, PA 16365-0128
cr            +Stearns Bank N.A.,    4191 2nd Street South,    St. Cloud, MN 56301-3761
14396180      +Advanced Control Products,    4665 Interstate Drive,    Cincinnati, OH 45246-1109
14396183      +Beaver Steel Services, Incorporated,    1200 Arch Street,    Carnegie, PA 15106-1824
14396184      +Biz Finance,    460 Park Avenue South,    6th Floor,    New York, NY 10016-7315
14396185      +Briggs-Hagenlocher,    1110 Chestnut Street,    Erie, PA 16501-1784
14396186      +Bryan L. Spry, Esquire,    510 Cranberry Street,    Suite 301,    Erie, PA 16507-1077
14396187     #+Cindy Healy,    6111 Spires Drive,    Erie, PA 16509-3461
14396188      +Contine Corporation,    1820 Nagle Road,    Erie, PA 16510-2194
14396189      +Dale Rapela,    5207 LaRae Drive,    Erie, PA 16506-5293
14396190      +Dennis Smith Logging Company,    5033 Sir Lancelot Drive,    Erie, PA 16506-3932
14396191      +Direct Metals,    3775 Cobb International Boulevard,    Kennesaw, GA 30152-4390
14396192      +Diversified Manufacturing Systems,    421 West 12th Street,    Erie, PA 16501-1559
14396193      +Dominic A. Sissini, Esquire,    100 State Street,    Suite 700,    Erie, PA 16507-1459
14396194      +Eric J. Rapela,    936 West 36th Street,    Erie, PA 16508-2514
14631894      +Financial Pacific Leasing, Inc.,    3455 S. 344th Way, Ste. 300,    Federal Way, WA 98001-9546
14416468      +Financial Pacific Leasing, LLC,    PO Box 4568,    Auburn, WA 98063-4568
14396196       Financial Pacific Leasing, LLC,    PO Box 34935,    Department 1,    Seattle, WA 98124
14396198      +Frontier Lumber,    762 East 5th Street,    Erie, PA 16507-1728
14396199      +Graydon, Head & Ritchey, LLP,    7759 University Drive,    Suite A,    West Chester, OH 45069-6578
14396200      +Harbor Freight,    3508 Liberty Street,    Erie, PA 16508-2534
14402719      +Herbol Insurance Agency Inc.,    T/A Wagner Giblin Insurance,    c/o Thomas J. Giblin, President,
                3928 Avonia Road, P.O. Box 280,    Fairview, PA 16415-0280
14396201      +Hourglass Abrasives, Incorporated,    6399 East Molloy Road,    Suite D,
                East Syracuse, NY 13057-1178
14396202      +Huston Industrial Sales,    35 Pennwood Place,    Warrendale, PA 15086-7510
14396203      +Industrial Sales & Manufacturing,    2609 West 12th Street,    Erie, PA 16505-4343
14647282      +Industrial Sales & Manufacturing, Inc.,    James Rutkowski, Jr., General Manager,
                2609 West 12th Street,    Erie, PA 16505-4343
14396206       Jordan Felzer, Esquire,    PO Box 2163,    Southeastern, PA 19399-2163
14396207      +Justin M. Tuskon, Esquire,    535 Smithfield Street,    8th Floor,    Pittsburgh, PA 15222-2393
14396209      +KML Industrial Supply, Incorporated,    PO Box 8445,    Erie, PA 16505-0445
14396208       Kelly Services,    PO Box 820405,    Philadelphia, PA 19182-0405
14396211      +Kurt Federoff,    3855 Route 215 Lot 18 East,    East Springfield, PA 16411-8530
14396212      +Laser Engraving,    1308 Irwin Drive,    Erie, PA 16505-4838
14396213      +Lemac Packaging,    PO Box 10788,    Erie, PA 16514-0788
14396214      +Lenny’s Machine Company,    PO Box 107,    Fairview, PA 16415-0107
14396215      +Linda Dirienzo,    602 Wedgewood Drive,    Erie, PA 16505-1150
14396216      +Lindsey Rapela,    5430 Swanville Road,    Apartment 14,    Erie, PA 16506-1254
14416469       Mazda Capital Services,    PO Box 78074,    Phoenix, AZ 85062-8074
14407493      +McMaster Carr,    200 Aurora Industrial Parkway,    Aurora, IL 44202-8090
14396217      +McShane Welding Company,    12 Port Access Road,    Erie, PA 16507-2297
14639162       Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                Roseville, MN 55113-0011
14641008      +Merchant Cash & Capital, LLC,    c/o Pryor & Mandelup, LLP,    c/o Anthony Giuliano,
                675 Old Country Road,    Westbury, NY 11590-4513
14396219      +Michael T. Moore, CPA,    3255 West 26th Street,    Erie, PA 16506-2507
14396220      +Murphy and Nolan, Incorporated,    55 Industrial Park Circle,    Rochester, NY 14624-2493
14396222      +Niagara Manufacturing Company,    2725 West 17th Street,    Erie, PA 16505-4307
14397658      +Northwest Bank,    c/o Angela Abreu,    100 Liberty Street,    P.O. Box 128,
                Warren, PA 16365-0128
14416470      +Northwest Savings Bank,    c/o Angela Abreu,    PO Box 128,    Warren, PA 16365-0128
14396223      +Northwest Savings Bank,    Attn: Colleen Lamberto,    Po Box 337,    Warren, PA 16365-0337
14396224      +Omni Services,    12 East Worcester Street,    Worcester, MA 01604-3612
14396228      +Omni Services, Inc.,    c/o Paul M. Schofield, Jr., LLC,    850 West Chester Pike, #205,
                Havertown, PA 19083-4411
14416471      +Paris Uniform,    67 Hoover Avenue,    Du Bois, PA 15801-2403
14396227     #+Pat Ziemniak,    6111 Spires Drive,    Erie, PA 16509-3461
14396229       Penelec,    PO Box 16001,    Reading, PA 19612-6001
14396230      +Pressure Connections,    610 Claycraft Road,    Columbus, OH 43230-5328
14396231      +Spectrum Business,    1600 Dublin Road,    Columbus, OH 43215-1076
14416472      +Stearns Bank,    500 13th Street,    Albany, MN 56307-6401
14396232      +Sterns Bank-EFD,    PO Box 750,    Albany, MN 56307-0750
14396233      +T.J. Kourier,    4502 Stillwater Circle,    Erie, PA 16506-3746
14396234      +Terrence P. Amon,    1326 West 42nd Street,    Erie, PA 16509-1202
14421364      +Time Warner Cable,    ATTN: Bankruptcy Department,    7815 Crescent Executive Dr., 4th Floor,
                Charlotte, NC 28217-5500
14396235       +Tonnard Manufacturing Corporation,    PO Box 168,    Corry, PA 16407-0168
```

```
District/off: 0315-1           User: lmar                   Page 2 of 3                   Date Rcvd: Jan 31, 2018
                               Form ID: 302                 Total Noticed: 88

14416473       +Vendetti & Vendetti Law Firm,    c/o James J. Bruno,    3820 Liberty Street,
                 Erie, PA 16509-1473
14396236       +Wagner Giblin Insurance,    PO Box 280,    Fairview, PA 16415-0280
14396237       +Welders Supply,    1628 Cascade Street,    Erie, PA 16502-1595
14396238       +West End Hardware, LLC,    1912 Liberty Street,    Erie, PA 16502-2572
14396239       +Whipple-Allen Real Estate,    5121 Zuck Road,    Erie, PA 16506-4950
14422933       +Whipple-Allen Realty Co.,    c/o Scott Allen, President,    1625 Lowell Avenue,
                 Erie, PA 16505-4339
14416474       +ZSI Incorporated,    45065 Michigan Avenue,    Canton, MI 48188-2441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14396181       +EDI: AMEREXPR.COM Feb 01 2018 01:38:00      American Express,   PO Box 1270,
                 Newark, NJ 07101-1270
14522174        EDI: BECKLEE.COM Feb 01 2018 01:38:00      American Express Bank, FSB,   c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern  PA 19355-0701
14671175       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Feb 01 2018 01:51:03      COMMONWEALTH OF PA  UCTS,
                 DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 702,
                 HARRISBURG, PA 17121-0751
14396195        E-mail/Text: csbankruptcy@eriewaterworks.org Feb 01 2018 01:50:45     Erie Water Works,
                 340 W Bay Front Parkway,    Erie, PA 16507-2004
14640585        EDI: FORD.COM Feb 01 2018 01:38:00      Ford Motor Credit Company LLC,   PO Box 62180,
                 Colorado Springs, CO 80962
14396197       +EDI: FORD.COM Feb 01 2018 01:38:00      Ford Motor Credit,   PO Box 220564,
                 Pittsburgh, PA 15257-2564
14396204       +EDI: IRS.COM Feb 01 2018 01:38:00      Internal Revenue Service,   c/o Insolvency Unit,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
14694731        EDI: CAUT.COM Feb 01 2018 01:38:00      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
14396205       +E-mail/Text: mcirillo@jansuply.com Feb 01 2018 01:49:54      Janitors Supply Co. Inc.,
                 540 E. 2nd St.,    Erie, PA 16507-1702
14396210       +E-mail/Text: KOLDROCKWATERs@GMAIL.COM Feb 01 2018 01:51:07      Koldrock,   PO Box 248,
                 Edinboro, PA 16412-0248
14396218        EDI: DAIMLER.COM Feb 01 2018 01:38:00      Mercedes Benz Financial,   36455 Corporate Drive,
                 Farmington, MI 48332
14396221        E-mail/Text: Bankruptcy@natfuel.com Feb 01 2018 01:50:22      National Fuel,   6363 Main Street,
                 Buffalo, NY 14221-5887
14641139       +E-mail/Text: Bankruptcy@natfuel.com Feb 01 2018 01:50:22      National Fuel,   Attn: Legal Dept.,
                 P.O. Box 2081,    Erie, PA 16512-2081
14396225       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Feb 01 2018 01:51:04
                 PA Department of Labor & Industry,    Attn: Joe Kots,   625 Cherry Street,    Room 203,
                 Reading, PA 19602-1152
14396226       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 01 2018 01:50:11      PA Department of Revenue,
                 Department 280946,    PO Box 280946,   Attn: Bankruptcy,    Harrisburg, PA 17128-0946
14414647        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 01 2018 01:50:12
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA  17128-0946
14403069       +EDI: WFFC.COM Feb 01 2018 01:38:00      Wells Fargo Financial Leasing, Inc.,   MAC N0005-055,
                 800 Walnut St,    Des Moines, IA 50309-3605
                                                                                               TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Ford Motor Credit Company LLC
cr             JPMORGAN CHASE BANK, N.A.
cr             Merchant Cash & Capital, LLC
auc            Mike Peterson Auction & Realty Services
cr             Whipple-Allen Realty
cr*           +Beaver Steel Services,    1200 Arch Street,    Carnegie, PA 15106-1824
14396182      ##+American Tinning & Galvanizing Company,    552 West 12th Street,    Erie, PA 16501-1585
                                                                                   TOTALS: 5, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-1             User: lmar                    Page 3 of 3                  Date Rcvd: Jan 31, 2018
                                 Form ID: 302                  Total Noticed: 88
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2018 at the address(es) listed below:
              CSU - OUCTS, PA Labor & Industry     ra-li-ucts-bankpitts@state.pa.us
              Daniel P. Foster    on behalf of Debtor    North Coast Tool, Inc. dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    Ford Motor Credit Company LLC jvalecko@weltman.com,
               jbluemle@weltman.com
              Joseph S. Sisca,  on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office
               of the United States Trustee joseph.s.sisca@usdoj.gov
              Justin M. Tuskan    on behalf of Creditor    Beaver Steel Services jtuskan@metzlewis.com
              Mark G. Claypool    on behalf of Creditor    Northwest Savings Bank mclaypool@kmgslaw.com,
               knoxbank@hotmail.com;chartle@kmgslaw.com;mpol@kmgslaw.com
              Mark G. Claypool    on behalf of Creditor    Northwest Bank f/k/a Northwest Savings Bank
               mclaypool@kmgslaw.com,   knoxbank@hotmail.com;chartle@kmgslaw.com;mpol@kmgslaw.com
              Nicholas R. Pagliari    on behalf of Creditor    Whipple-Allen Realty npagliari@mijb.com,
               sburick@mijb.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 10
```